■ DEBORAH TATE, an Infant, by Her Mother and Natural Guardian, EDNA COLVIN, et al., Respondents, v MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY et al., Appellants.—

Concur—Murphy, P. J., Sullivan, Ross, Asch and Smith, JJ.